In the Matter of the Application of THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK for Removal from Office of ALBERT H. VITALE, City Magistrate.—

Respondent removed from office. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.